FILED

2012 Mar-05  AM 08:35
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **KENNETH CUNNINGHAM** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CV 1:11-2127-RBP** |
| ) | |
| **CAWLEY & BERGMANN, LLP** ) | |
| **f/k/a BRONSON CAWLEY & BERGMANN,** ) | |
| **LLP** ) | |
| ) | |
| **Defendant.** ) | |

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal filed on March 2, 2012, this action

is **DISMISSED, WITH PREJUDICE**, each party to bear own fees, costs and expenses.

**DONE** and **ORDERED** this the 5th of March, 2012.

_Robert B. Propst_

_____

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**